■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v McKINLEY MERRITT, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Goldman, J.), rendered November 30, 1983, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

Defendant failed to preserve his claims of deficiencies in his plea allocution for appellate review by motion to withdraw his plea prior to sentencing (*People v Pellegrino*, 60 NY2d 636), and the record does not reveal a sufficient basis to warrant a reversal in the interests of justice. Defendant's challenge to his second felony offender adjudication pursuant to CPL 400.21 is without merit (*see, e.g., People v Harris*, 61 NY2d 9). Brown, J. P., Weinstein, Niehoff and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN PEREZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Felig, J.), rendered November 21, 1979, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The issue raised by defendant concerning his plea of guilty was not presented to the court of first instance in a motion to withdraw the plea or by way of a motion to vacate the judgment. Accordingly, the issue has not been preserved for our review as a matter of law (*see, People v Pellegrino*, 60 NY2d 636; *People v Willie*, 101 AD2d 819). Moreover, on the record before us, there is no basis for our exercise of jurisdiction in the interest of justice. Brown, J. P., Weinstein, Niehoff and Lawrence, JJ., concur.